PHILIP KATZ, Respondent, v. FRANK H. PECK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOHN A. ORDWAY and Others, Copartners, etc., Appellants, v. SAMUEL GOLDENSTEIN and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MAX E. KLEIN, Respondent, v. ADOLPH BLONDEEL, INC., Appellant.— Order reversed, with ten dollars costs and disbursements and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THOMAS RANKIN, Respondent, v. STRESEN-REUTER & HANCOCK, INC., Appellant.— Order affirmed, with ten dollars costs and d'sbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Clarke, P. J., dissented.

THE CITY OF NEW YORK v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND CALLAHAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ISIDORE BERTHET and Others v. JOHN SCHUBERT COTTON COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of OSCAR B. WIREN (LYON v. RITCHIE).— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

STUARD HIRSCHMAN v. JOSEPH MORRIS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRED M. CAMPBELL v. EDWARD T. KING.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY KENNEDY v. SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION. — Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PATENTEES PROTECTIVE CORPORATION v. DANIEL H. WILLARD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PASQUALE DE VIVO v. GIUSEPPE GALLERANI.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.